1  **Michael D. Stein**

2  Attorney at Law

3  CA State Bar. 43726

4  2727 Broadway

5  San Diego CA 92102

6  619/232-8987

7  Fax 619/232-2286



**FILED**

FEB 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9                   **UNITED STATES DISTRICT COURT**

10               **SOUTHERN DISTRICT OF CALIFORNIA**

11                            **(EL CENTRO)**

13  **UNITED STATES OF AMERICA,** ) Case No.:**08-mj-8095**
                                 )
14              Plaintiff,        ) **SUBSTITUTION OF ATTORNEY**
                                 ) **AND ORDER THEREON**
15       Vs                       )
                                 )
16  **OCTAVIO ALEJANDRO DUARTE-**  )
                                 )
17  **LOPEZ**                      )
                                 )
18              Defendant
    _____

20  The defendant, **Jose Alejandro Duarte-Lopez,** hereby

21  substitutes **Michael D. Stein,** as his attorney of record

22  in the case on file herein.

23  The defendant's current attorney of record, is now

24  relieved of any and all responsibility for defendant's

25  representation, including trial and appeal.

26  **I CONSENT TO THE SUBSTITUTION**

27  Dated: February 14, 2008          *Octavio Duarte*
                                      _____
28                           Octavio Alejandro DUARTE-Lopez

**Defendant**

**USA V DUARTE-Lopez**

**08-mj-8095**


**I CONSENT TO THE SUBSTITUTION**


Dated:

_____

**Appointed Counsel**


**I CONSENT TO THE SUBSTITUTION**


Dated: February 14, 2008

_____

**Michael D. Stein**

**Attorney for Defendant**


**SO ORDERED**

Dated: _2-14-08_

_____

**U.S. District Court Magistrate**