FILED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR532-WQH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| OCTAVIO ALEJANDRO DUARTE-LOPEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 30, 2008, within the Southern District of California, defendant OCTAVIO ALEJANDRO DUARTE-LOPEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 27.94 kilograms (61.46 pounds), of cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: February 27, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
2/27/08