AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| OCTAVIO ALEJANDRO DUARTE-LOPEZ | CASE NUMBER: _08 CR 532-H_ |

I, OCTAVIO ALEJANDRO DUARTE-LOPEZ, the above named defendant, who is accused

of committing the following offense:

> Importation of cocaine and Aiding and Abetting, in violation of Title 21, United
> States Code, Sections 952 and 960 and Title 18, United States Code, Section 2
> (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___2-27-08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X _Octavio Duarte_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**

FEB 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY