# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _Octavio Alejandro Duarte-Lopez_      No. _08CR532-WQH_

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on ___6/3/08___ and ended on ___8/4/08___.

**3161(h)**

| Section | Description | Code |
|---|---|---|
| (1)(A) | Exam or hrg for **mental or physical incapacity** | A |
| (1)(B) | **NARA exam**ination (28:2902) | B |
| (1)(D) | State or Federal trials or **other charges pending** | C |
| (1)(E) | **Interlocutory appeals** | D |
| (1)(F) | **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
| (1)(G) | **Transfers from other district** (per FRCrP 20, 21 & 40) | F |
| (1)(J) | **Proceedings under advisement** not to exceed thirty days | G |
|  | Misc proc: Parole or prob rev, deportation, **extradition** | H |
| (1)(H) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | 6 |
| (1)(I) | Consideration by Court of **proposed plea agreement** | 7 |
| (2) | **Prosecution deferred** by mutual agreement | I |
| (3)(A)(B) | **Unavailability of defendant** or **essential witness** | M |
| (4) | Period of **mental or physical incompetence** of defendant to stand trial | N |
| (5) | Period of **NARA commitment or treatment** | O |
| (6) | **Superseding indictment and/or new charges** | P |
| (7) | **Defendant awaiting trial of co-defendant** when no severance has been granted | R |
| (8)(A)(B) | **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ✓ (8)(B)(i)(1) | Failure to **continue** would stop further proceedings or result in **miscarriage of justice** | (T1) |
| (8)(B)(ii) | 2) **Case** unusual or **complex** | T2 |
| (8)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days | T3 |
| (8)(B)(iv) | 4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare | T4 |
| 3161(I) | Time up to **withdrawal of guilty plea** | U |
| 3161(b) | **Grand jury indictment time extended** thirty (30) more days | W |

Date _6/3/08_                                     _[signature]_
                                                    Judge's Initials