```
 1  KAREN P. HEWITT
    United States Attorney
 2  HAROLD W. CHUN
    Assistant United States Attorney
 3  California State Bar No. 239022
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  (619) 557-6519 (Phone)        (619) 557-5551 (Fax)
    E-mail: Harold.Chun@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

 8                     UNITED STATES DISTRICT COURT

 9                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Criminal Case No. 08-cr-532-WQH
                                     )
11            Plaintiff,             )
                                     )   NOTICE OF APPEARANCE
12       v.                          )
                                     )
13  OCTAVIO ALEJANDRO DUARTE-LOPEZ,  )
                                     )
14            Defendant.             )
                                     )

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20       Effective this date, the following attorneys are no longer associated with this case and should

21  not receive any further Notices of Electronic Filings relating to activity in this case:

22            U S Attorney CR.

23       Please feel free to call me if you have any questions about this notice.

24       DATED: July 22, 2008.

25                                              KAREN P. HEWITT
                                                United States Attorney
26

27                                              s/ *Harold W. Chun*
                                                Harold W. Chun
28                                              Assistant United States Attorney

                                                                           08-cr-532-WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>OCTAVIO ALEJANDRO DUARTE-LOPEZ,<br><br>        Defendant. | Criminal Case No. 08-cr-532-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Harold W. Chun, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    Michael David Stein
    2727 Broadway
    San Diego, CA 92102
    Email: mdsteinlaw@yahoo.com
    Attorney for Defendant

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on July 22, 2008.

                                              s/ *Harold W. Chun*
                                            Harold W. Chun